## UNITED STATES BANKRUPTCY
## NORTHEN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:    Case No. 15-20887 | ) |
| | ) |
| DERWYN BENNARD JONES, | ) |
| | ) |
| Debtor, | ) |
| | ) BK No. 15-20887 |
| THE ILLINOIS DEPARTMENT OF | ) |
| EMPLOYMENT SECURITY, | ) |
| | ) Adv. Pro. No. 15 A 00656 |
| | ) |
| Plaintiff, | ) |
| v. | ) Judge Jack B. Schmetterer |
| | ) |
| DERWYN BENNARD JONES, | ) |
| | ) |
| Defendant. | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the adversary complaint in the above matter and after review and consideration of the complaint and evidence in support thereof, including the Certificate of Commissioner of Unemployment Compensation issued pursuant to 820 ILCS 405/2302, the court makes the following findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052:

### FINDINGS OF FACT

1. The defendant, DERWYN BENNARD JONES, was employed by Adams & Associates and Hazel Crest Park District, for the weeks ending November 12, 2011 through March 24, 2012. The defendant was employed by Adams & Associates and Hazel Crest Park District for the weeks ending April 7, 2012 through June 16, 2012.

2. The defendant earned wages for said periods as set forth in the Notice of Fraud Decisions.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $11,956.00.

4. The defendant did not report his employment or his earnings during these periods.

5. As of November 5, 2015, the sum of $7,435.00 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $11,956.00 in unemployment benefits to which he was not entitled.

2. As of November 5, 2015, the defendant is indebted to plaintiff in the sum of $7,435.00.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: _____

Dated: 11/23/15

NOV 23 2015